HOLLANDER et al., Respondents, v. KAUF-MANN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Barnett L. Hollander and others against Henry Kaufmann and others. H. L. Scheuerman, of New York City, for appellants. H. W. Forbes, of New York City, for respondents. No opinion. Order modified, by granting defendants' motion in all respects, and, as modified, affirmed, with $10 costs and disbursements to defendants. Order filed.

HOOCK et al. v. WELCH. (Supreme Court, Appellate Division, Fourth Department. March 28, 1913.) Action by Harry F. Hoock and another, as administrators with the will annexed of Catherine Schlotzer, deceased, against Mary L. Welch.

PER CURIAM. Judgment directed in favor of the plaintiffs upon the submission, without costs, requiring the defendant to accept a deed of the property described in the submission and pay over the balance of the purchase price. The administrator with the will annexed had power to make the contract and sell and convey the property.

HOPKINS v. LINDNER et al. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Clarence E. Hopkins against John Lindner and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

HORTON et al. v. THOMAS McNALLY CO. GEORGIA–FLORIDA LUMBER CO. v. SAME. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Actions by Chauncey S. Horton and others and by the Georgia-Florida Lumber Company against the Thomas McNally Company. No opinions. Motions for leave to appeal to the Court of Appeals (from 140 N. Y. Supp. 357) denied.

HOUSE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 14, 1913.) Action by Chauncey House against the Lehigh Valley Railroad Company.

PER CURIAM. Motion denied.

KELLOGG, J., not sitting.

HOUSEL, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Willis S. Housel, as executor, etc., against Nettie V. C. Smith, individually and as executor, etc., and others. No opinion. Judgment affirmed, with costs.

HOWARD et al., Appellants, v. JARVIS-PAYNE CO., Respondent. (Supreme Court,

Appellate Division, Fourth Department. March 19, 1913.) Action by Alice A. Howard and another against the Jarvis-Payne Company.

PER CURIAM. Judgment and order affirmed, with costs. New trial to be had in Buffalo City Court on the 2d day of April, 1913, at 10 a. m.

LAMBERT, J., not sitting.

HUFF, Respondent, v. BULGER, Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by Elmer A. Huff against Hugh M. Bulger.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

In re HUNTER. (Supreme Court, Appellate Division, Second Department. March 17, 1913.) In the matter of the petition of Henry Hunter for a judicial review of the form of ballot for village officers to be submitted at the village election to be held in the Village of Cornwall, N. Y., on March 18, 1913. No opinion. Order affirmed, without costs.

HYATT v. GRANGER. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by John B. Hyatt against Arthur O. Granger. No opinion. Application denied, with $10 costs. Order signed.

INTERNATIONAL PAPER CO., Appellant, v. PURDY, Respondent. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by the International Paper Company against Fred E. Purdy. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 136 App. Div. 189, 120 N. Y. Supp. 342.

In re JACKSON STEINWAY CO. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) In the matter of the application of the Jackson Steinway Company for a peremptory writ of mandamus, etc., as to opening Fourteenth avenue, etc. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 142 App. Div. 905, 126 N. Y. Supp. 1132.

JACOB, Respondent, v. TOWN OF OYSTER BAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Lawrence Jacob, as sole surviving trustee, etc., of Leonard Jacob, deceased, against the Town of Oyster Bay and others. No opinion. Judgment (73 Misc. Rep. 283, 132 N. Y. Supp. 657) affirmed, with costs, on the opinion of Mr. Justice Jaycox at Special Term. Motion for reargument denied, 140 N. Y. Supp. 1124.

JACOB, Respondent, v. TOWN OF OYSTER BAY et al., Appellants. (Supreme Court,